■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENALDO SIMMONS, Appellant. [805 NYS2d 843]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Leventhal, J.), rendered April 7, 1997, convicting him of attempted assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Cozier, J.P., Santucci, Luciano, Fisher and Covello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO SMITH, Appellant. [805 NYS2d 843]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 28, 2004 (*People v Smith,* 8 AD3d 683 [2004]), affirming a judgment of the County Court, Suffolk County, rendered October 11, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). H. Miller, J.P., Cozier, Goldstein and Mastro, JJ., concur.